### C. T. PEELE v. I. G. POWELL, ADMINISTRATRIX.

#### (Filed 14 December, 1912.)

**Evidence—Questions for Jury.**

> Upon a rehearing of this case it is held that the rules of law heretofore laid down are correct; but upon reconsidering the facts, the majority of the Court hold the evidence sufficient to be submitted to the jury.

BROWN and ALLEN, JJ., dissenting.

*L. L. Smith for plaintiff.*

*Winston & Matthews for defendant and administrator d. b. n. and defendant.*

CLARK, C. J. This is a petition to rehear. There is no division in the Court as to the propositions of law laid down on the former hearing; but upon a fuller consideration of the facts, the majority of the Court are now of opinion that there was sufficient evidence to submit the case to a jury.

Petition allowed.

BROWN and ALLEN, JJ., dissenting.